FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -8 PM 4:12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATLANTIC SOUNDING CO., INC.**<br>**Plaintiff,** | **CIVIL ACTION** |
| | **NO.** 05-2810 |
| **versus** | |
| | **SECTION** SECT. A MAG. 2 |
| **BRYANT CURETTE**<br>**Defendant.** | |
| | **JUDGE** |
| | **MAGISTRATE JUDGE** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

**TO THE HONORABLE JUDGES OF THE EASTERN DISTRICT OF LOUISIANA:**

**NOW INTO COURT,** through undersigned counsel, comes Atlantic Sounding Co., Inc., a corporation duly authorized to conduct business within the State of Louisiana, with offices in the Parishes of St. Tammany and Terrebonne, and with respect represents upon information and belief as follows:

I.

Atlantic Sounding Co., Inc. is a New Jersey corporation, and is duly authorized to do, and is doing business within, the jurisdiction of the United States District Court for the Eastern District of Louisiana.

✓ Fee 250.
✓ Process BWT(1) sm
X Dktd
___ CtRmDep
___ Doc. No.

II.

Defendant Bryant Curette is a person of the full age of majority, with a domicile and address located at 108 Barnes Lane, Palmetto, Louisiana, 71358.

III.

Since approximately May 30, 2005, Atlantic Sounding Co., Inc. employed Mr. Curette as a seaman within the meaning of the Jones Act, 46 U.S.C. §§ 688 *et seq.*

IV.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Atlantic Sounding Co., Inc. seeks a declaratory judgment pursuant to 28 U.S.C. § 2201 with respect to its obligation, if any, to provide certain maintenance and cure benefits to Mr. Curette. Subject matter jurisdiction is conferred by 28 U.S.C. § 1333, and venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

V.

On or about June 3, 2005, Mr. Curette was assigned to the WEEKS 542, a crane barge that performs dredging operations. The WEEKS 542 was located within Bayou Postillion on the aforesaid date.

VI.

On or about June 3, 2005, Mr. Curette stood within the swing range of the counterweight/cab of the crane, allowing the crane to contact him and cause him to fall into the bayou.

VII.

Mr. Curette's fall into the bayou on or about June 3, 2005 was caused without any fault, neglect, or negligence on the part of Atlantic Sounding Co., Inc., nor the WEEKS 542.

VIII.

Mr. Curette denied any injury as a result of his fall into the bayou, and continued to work, and failed to report sustaining any injury while in the service of the WEEKS 542.

IX.

Subsequently, Mr. Curette disembarked the WEEKS 542 in order to obtain medical treatment for a rash about his wrist and waist which was in existence prior to his obtaining employment with Atlantic Sounding Co., Inc.

X.

Mr. Curette received a work release dated June 6, 2005 from Dr. Freddie J. Fandal, which advised Mr. Curette was released to full duty labor as of June 13, 2005. Mr. Curette also received a work release from Dr. Michael Burnell, which advised Mr. Curette was released to full duty labor as of June 13, 2005.

XI.

Atlantic Sounding Co., Inc has no duty to provide Mr. Curette maintenance and cure benefits, as Mr. Curette did not suffer any injury as a result of his falling into the bayou, and Mr. Curette's rash pre-existed his employment with Atlantic Sounding Co., Inc.

XII.

All of the foregoing is true and correct and within the jurisdiction of this Honorable Court.

**WHEREFORE,** Atlantic Sounding Co., Inc. prays that process in due form of law may issue, citing the defendant to appear and answer within the time prescribed by law, and that after due proceedings are had, that there be judgment in its favor, declaring that Atlantic Sounding Co., Inc. is not obligated to make maintenance and cure payments to Mr. Bryant Curette, and for all other and further relief to which it in law and in justice may be entitled to receive.

Respectfully submitted on July 8, 2005.

EMMETT, COBB, WAITS & KESSENICH

JAMES A. COBB, JR. (4213) T.A.
MATTHEW F. POPP (24608)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020
E-mail: mfp@ecwko.com

**PLEASE SERVE:**
**DEFENDANT BRYANT CURETTE**
**108 BARNES LANE**
**PALMETTO, LA 71358**